Craig Carpenito (CC-1686)
ALSTON & BIRD LLP
90 Park Avenue
New York, NY 10016
Phone: (212) 210-9400
Fax: (212) 210-9444
Email: craig.carpenito@alston.com

*Counsel for SunAmerica Defendants*

### IN THE UNITED STATES DISTRICT COURT FOR THE DISTRICT OF NEW JERSEY

| | |
|---|---|
| BORIS GOLDENBERG, AS REPRESENTATIVE OF A CLASS OF SIMILARLY SITUATED PERSONS AND ON BEHALF OF THE INDUCTOTHERM COMPANIES MASTER PROFITS SHARING PLAN #001, <br><br> PLAINTIFFS, <br><br> VS. <br><br> INDEL, INC., INDIVIDUALLY AND A/K/A INDUCTOTHERM INDUSTRIES, INC. AND INDUCTOTHERM CORPORATION, ET AL., <br><br> DEFENDANTS. | **HONORABLE JEROME B. SIMANDLE** <br><br> **CASE NO. 1:09-cv-05202-JBS-AMD** |

### APPENDIX OF UNPUBLISHED AUTHORITIES

1. A true and correct copy of <u>Hailey, et al. v. AGL Resources, Inc.</u>, 2008 WL 48233 (D.N.J.) is attached hereto as Appendix "1".

2. A true and correct copy of <u>Joseph Pietrangelo v. NUI Corporation, et al.</u>, 2005 WL 1703200 (D.N.J) is attached hereto as Appendix "2".

LEGAL02/31683681v1

3. A true and correct copy of <u>Sysco Food Services of Metro New York, LLC v. Tramontana, et al.</u>, 2007 WL 4165349 (D.N.J.) is attached hereto as Appendix "3".

4. A true and correct copy of <u>John E. Catogas, et al. v. Cyberonics, Inc., et al.</u>, 292 Fed. Appx. 311 (5th Cir.) is attached hereto as Appendix "4".

5. A true and correct copy of <u>In re Sears, Roebuck & Co. ERISA Litigation</u>, 2004 WL 407007 (N.D.Ill.) is attached hereto as Appendix "5".

6. A true and correct copy of <u>Loretta Reiser v. Standard Life Insurance Co. et al.</u>, 159 Fed. Appx. 374 (3d Cir.) is attached hereto as Appendix "6".

7. A true and correct copy of <u>Robert Gray, et al. v. Seaboard Securities, Inc., et al.</u>, 126 Fed. Appx. 14 (2dCir.) is attached hereto as Appendix "7".

8. A true and correct copy of <u>Catherine Opdycke v. Edward J. Stout, Jr., Police Officer, et al.</u>, 233 Fed. Appx. 125 (3d Cir.) is attached hereto as Appendix "8".

9. A true and correct copy of <u>In re Calpine Corporation ERISA Litigation</u>, 2005 WL 1431506 (N.D.Cal.) is attached hereto as Appendix "9".

10. A true and correct copy of <u>Our Lady of Lourdes Health System v. MHI Hotels, Inc. Health and Welfare Fund</u>, 2009 WL 4510130 (D.N.J.) is attached hereto as Appendix "10".

11. A true and correct copy of <u>Estate of Samuel Maglione v. Gulf Oil Corporation, et al.</u>, 2007 N.J. Super. Unpub. LEXIS 1059 is attached hereto as Appendix "11".

12. A true and correct copy of <u>Maksin Management Corporation v. Roy A. Rapp, Inc., et al.</u>, 2008 N.J. Super. Unpub. LEXIS 2378 is attached hereto as Appendix "12".

Respectfully submitted,

**ALSTON & BIRD LLP**

<u>s/ Craig Carpenito</u>
Craig Carpenito (CC-1686)
ALSTON & BIRD LLP
90 Park Avenue
New York, NY 10016
Phone: (212) 210-9400
Fax: (212) 210-9444

Email: craig.carpenito@alston.com

Theodore J. Sawicki, Esq. (*pro hac vice*)
H. Douglas Hinson, Esq. (*pro hac vice*)
ALSTON & BIRD LLP
1201 West Peachtree St.
Atlanta, GA  30309
Phone: (404) 881-7000
Fax: (404) 881-7777
Email: tod.sawicki@alston.com
Email: doug.hinson@alston.com

**Counsel for Defendants** American International Group, Inc., SunAmerica Asset Management Corp., SunAmerica Capital Services, Inc., and SunAmerica Fund Services, Inc.

**CERTIFICATE OF SERVICE**

This is to certify that the within and foregoing was filed with the Clerk of the Court using the CM/ECF system, which will automatically provide notice to the following attorneys of record by electronic means:

> Arnold C. Lakind
> SZAFERMAN, LAKIND, BLUMSTEIN & BLADER, P.C.
> 101 Grovers Mill Road, Suite 200
> Lawrenceville, NJ  08648
> Email: alakind@szaferman.com
>
> Moshe Maimon
> LEVY, PHILLIPS & KONIGSBERG, LLP
> 800 Third Avenue, 13th Floor
> New York, NY  10022
> Email: mmaimon@lpklaw.com
>
> Matthew Steven Barndt
> Vincent E. Gentile
> DRINKER BIDDLE & REATH LLP
> 105 College Road East, Suite 300
> Princeton, NJ  08542
> Email:  matthew.barndt@dbr.com
> Email:  vincent.gentile@dbr.com

This 21st day of December, 2009.

> s/ Craig Carpenito
> Craig Carpenito, Esq.