[Doc. No. 13]

IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEW JERSEY
CAMDEN VICINAGE

| | |
|---|---|
| BORIS GOLDENBERG, as representative of a class similarly situated persons and on behalf of THE INDUCTOTHERM COMPANIES MASTER PROFITS SHARING PLAN #001,<br><br>    Plaintiffs,<br><br> v.<br><br>INDEL, INC., individually and a/k/a INDUCTOTHERM INDUSTRIES, INC. and INDUCTOTHERM CORPORATION, et al.,<br><br>    Defendants. | Civil No. 09-5202 (JBS/AMD) |

**ORDER**

This matter having come before the Court by way of motion [Doc. No. 13] of Plaintiffs, Boris Goldenberg, as representative of a class of similarly situated persons and on behalf of the Inductotherm Companies Master Profit Sharing Plan #001, for an Order scheduling an evidentiary hearing and requiring Defendants to provide information and documents concerning a November 19, 2009 meeting; and the Court having received a letter dated April 16, 2010 from Arnold C. Lakind, Esquire, counsel for Plaintiffs, stating that Plaintiffs "are withdrawing this motion with the understanding that the motion may be renewed by letter[,] . . ." (Letter from Arnold C. Lakind, Esq. [Doc. No. 49], Apr. 16, 2010);

and for good cause shown:

IT IS on this 19th day of April 2010,

**ORDERED** that Plaintiffs' motion [Doc. No. 13] for an Order scheduling an evidentiary hearing and requiring production of information and documents shall be, and is hereby, **DISMISSED WITHOUT PREJUDICE** to Plaintiffs' right to renew such motion by letter application.

s/ Ann Marie Donio
ANN MARIE DONIO
UNITED STATES MAGISTRATE JUDGE

cc: Hon. Jerome B. Simandle