```
             IN THE UNITED STATES DISTRICT COURT
               FOR THE DISTRICT OF NEW JERSEY
```

| | | |
|---|---|---|
| BORIS GOLDENBERG et. al., | : | HON. JEROME B. SIMANDLE |
| Plaintiffs, | : | Civil No. 09-5202 (JBS/AMD) |
| v. | : | **ERRATUM ORDER** |
| INDEL, INC. et. al., | : | |
| Defendants. | : | |

It has come to the attention of the Court that the Order issued on today's date inadvertently refers in one place to Defendant Financial Services Corporation as "Financial Securities Corporation."  The Order is hereby amended to reflect the accurate name of the party, Financial Services Corporation.

IT IS this     **17th**     day of **September, 2010** hereby SO ORDERED.

 s/ Jerome B. Simandle  
JEROME B. SIMANDLE  
United States District Judge