SZAFERMAN, LAKIND,
  BLUMSTEIN & BLADER, P.C.
101 GROVERS MILL ROAD, SUITE 200
LAWRENCEVILLE, NEW JERSEY 08648
BY: Robert L. Lakind, Esquire
Telephone: (609) 275-0400
Fax: (609) 275-4511

LEVY, PHILLIPS & KONIGSBERG, LLP
101 GROVERS MILL ROAD, SUITE 200
LAWRENCEVILLE, NEW JERSEY 08648
BY: Moshe Maimon, Esquire
Telephone: (212) 605-6200
Fax: (212) 605-6290

Attorneys For Plaintiffs

## UNITED STATES DISTRICT COURT
## DISTRICT OF NEW JERSEY

| | |
|---|---|
| BORIS GOLDENBERG, REINALDO PACHECHO, ANDREW LEOW and GERALD COMEAU, as representatives of a class of similarly situated persons and on behalf of THE INDUCTOTHERM COMPANIES MASTER PROFITS SHARING PLAN #001,<br><br>     Plaintiffs,<br><br>vs.<br><br>INDEL, INC., individually and a/k/a INDUCTOTHERM INDUSTRIES, INC. and INDUCTOTHERM CORPORATION; AMERICAN INTERNATIONAL GROUP, INC.; FSC SECURITIES CORPORATION; FINANCIAL SERVICE CORPORATION; SUNAMERICA ASSET MANAGEMENT CORP.; SUNAMERICA CAPITAL SERVICES, INC.; SUNAMERICA FUND | **Docket No. 1:09-cv-05202-JBS-AMD**<br><br><br>**Civil Action**<br><br><br>**NOTICE OF MOTION FOR LEAVE TO FILE SECOND AMENDED CLASS ACTION COMPLAINT AND JURY DEMAND**<br><br><br>**RETURNABLE: MAY 2, 2011** |

600208.1

SERVICES, INC.;  WHARTON
BUSINESS GROUP;
HENRY M. ROWAN, JOHN H.
MORTIMER, DAVID L. BRADDOCK,
THOMAS P. MCSHANE, MANNING J.
SMITH,
LAURENCE A. KRUPNICK, AND
HARRY G. TREFZ, as Trustees to the
Inductotherm Companies Master Profit
Sharing Plan  #001; JOHN DOES 1-25
(Individuals Serving on the Board of
Directors of Indel, Inc. whose names are not
currently known); JOHN DOES 26-50
(Individuals Serving on the Board of
Directors of Inductotherm Industries Inc.
whose names are not currently known);
JOHN DOES 51-75 (Individuals Serving on
the Board of Directors of Inductotherm
Corporation whose names are not currently
known); JOHN DOES 75-125 (Members of
the Committee for the Inductotherm
Companies Master Profit Sharing Plan
#001, whose names are not currently
known); and John Does 126-200 (Other
fiduciaries for the Inductotherm Companies
Master Profit Sharing Plan  #001 and
parties whose names and identities are not
presently known to Plaintiffs that were
enriched by the receipt of the Plan's assets),

     Defendants.

PLEASE TAKE NOTICE that on May 2, 2011, or as soon thereafter as the matter may be

heard, the undersigned attorney for Plaintiffs Boris Goldenberg, Reinaldo Pachecho, Andrew

Leow and Gerald Comeau, as representatives of a class of similarly situated persons and on

behalf of the Inductotherm Companies Master Profits Sharing Plan #001, will apply to the United

States District Court, District of New Jersey, at the United States Court House located at 4th &

Cooper Streets, Room 1050, Camden, NJ 08101, for an Order granting leave to file their Second

Amended Class Action Complaint in this matter.

    ***PLEASE TAKE FURTHER NOTICE*** that the undersigned shall rely upon the

accompanying Declaration of Robert L. Lakind and Plaintiffs' brief in support of this motion.

            SZAFERMAN, LAKIND,
             BLUMSTEIN & BLADER, P.C.
            Attorneys for Plaintiffs


            s/R.Lakind_____
            Robert L. Lakind, Esq.

Dated: April 8, 2011

## CERTIFICATE OF SERVICE

This is to certify that the within and foregoing was filed with the Clerk of the Court using the ECF system, which will automatically provide notice to the following attorneys of record by electronic means:

        Theodore Sawicki
        H. Doug Hinson
        ALSTON & BIRD
        One Atlantic Center
        1201 West Peachtree Street
        Atlanta, GA 30309

        Craig Carpenito
        ALSTON & BIRD
        90 Park Avenue
        New York, NY 10016

        Vincent Gentile
        Matthew Barndt
        DRINKER BIDDLE & REATH, LLP
        105 College Road East, Suite 300
        Princeton, NJ 08542

This 8th day of April, 2011.

                        s/R.Lakind
                        Robert Lakind, Esq.