IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEW JERSEY
CAMDEN VICINAGE

| | |
|---|---|
| BORIS GOLDENBERG, ET AL., <br><br> PLAINTIFFS, <br><br> vs. <br><br> INDEL, INC., INDIVIDUALLY AND A/K/A INDUCTOTHERM INDUSTRIES, INC. AND INDUCTOTHERM CORPORATION, ET AL., <br><br> DEFENDANTS. | HONORABLE JEROME B. SIMANDLE <br><br> CASE NO. 1:09-cv-05202-JBS-AMD |

## CONSENT ORDER REGARDING PLAINTIFFS' MOTION FOR LEAVE TO FILE A SECOND AMENDED COMPLAINT

This action is before the Court on Plaintiffs' Motion for Leave to File a Second Amended Complaint, filed March 31, 2011 ("Motion for Leave to Amend").

Defendants have determined to consent to certain portions of Plaintiffs' Motion for Leave to Amend, identified below. Defendants' consent is provided subject, and without prejudice, to any and all of Defendants' denials, defenses and legal and

factual arguments in response to the allegations and claims made in the Second Amended Complaint actually filed in this action.

Therefore, after due consideration for the premises of the Motion for Leave to Amend, and with the consent of Defendants,

IT IS this 21st day of June, 2011, hereby **ORDERED**:

The Motion for Leave to Amend is hereby GRANTED in part, and Plaintiffs are granted leave to file a Second Amended Complaint which includes the following additional Counts as they appear in the proposed Second Amended Complaint attached to Plaintiffs' Motion for Leave to Amend -

1. Count XXIII
2. Count XXIV
3. Count XXV

Defendants have opposed the Plaintiffs' Motion to add the remaining Counts of the proposed Second Amended Complaint (Counts XXVI, XXVII, XXVIII and XXIX), and the Court will decide whether these

Counts will be included in the Second Amended Complaint.

_____
ANNE MARIE DONIO
United States Magistrate Judge

Cc: Hon. Jerome B. Simandle

**CONSENTED TO:**

| s/Arnold C. Lakind | s/Craig Carpenito |
|---|---|
| Arnold C. Lakind<br>Robert L. Lakind<br>SZAFERMAN, LAKIND,<br>BLUMSTEIN & BLADER, P.C.<br>101 Grovers Mill Road,<br>Suite 200<br>Lawrenceville, NJ 08648<br>Email:<br>alakind@szaferman.com<br><br>Moshe Maimon<br>LEVY, PHILLIPS &<br>KONIGSBERG, LLP<br>800 Third Avenue, 13th Floor<br>New York, NY 10022<br>Email:<br>mmaimon@lpklaw.com<br><br>**Counsel for Plaintiffs** | Craig Carpenito (CC-1686)<br>ALSTON & BIRD LLP<br>90 Park Avenue<br>New York, NY 10016<br>Phone: (212) 210-9400<br>Fax: (212) 210-9444<br>Email:<br>craig.carpenito@alston.com<br><br>Theodore J. Sawicki, Esq.<br>(pro hac vice)<br>H. Douglas Hinson, Esq.<br>(pro hac vice)<br>ALSTON & BIRD LLP<br>1201 West Peachtree Street<br>Atlanta, GA 30309<br>Phone: (404) 881-7000<br>Fax: (404) 881-7777<br>Email:<br>tod.sawicki@alston.com<br>Email:<br>doug.hinson@alston.com |

|  | **Counsel for the FSC/SunAmerica Defendants**<br><br>s/Vincent E. Gentile<br>Vincent E. Gentile<br>Matthew Steven Barndt<br>DRINKER BIDDLE & REATH LLP<br>105 College Road East, Suite 300<br>Princeton, NJ 08542<br>Phone: (609) 716-6634<br>Fax: (609) 799-7000<br>Email: matthew.barndt@dbr.com<br>Email: vincent.gentile@dbr.com<br><br>**Counsel for the Inductotherm Defendants** |
|---|---|