IN THE UNITED STATES DISTRICT COURT FOR THE
DISTRICT OF NEW JERSEY

| | |
|---|---|
| BORIS GOLDENBERG, ET AL., ) <br> ) <br> ) <br> PLAINTIFFS, ) <br> ) <br> ) <br> VS. ) <br> ) <br> INDEL, INC., INDIVIDUALLY AND A/K/A ) <br> INDUCTOTHERM INDUSTRIES, INC. AND ) <br> INDUCTOTHERM CORPORATION, ET AL., ) <br> ) <br> DEFENDANTS. ) <br> ) | HONORABLE JEROME B. SIMANDLE <br><br> CASE NO. 1:09-cv-05202-JBS-AMD <br><br> RETURNABLE DECEMBER 5, 2011 |

## FSC/SUNAMERICA DEFENDANTS' MOTION FOR PARTIAL SUMMARY JUDGMENT

PLEASE TAKE NOTICE that on December 5, 2011, Pursuant to Rule 56 of the Federal Rules of Civil Procedure, Defendants American International Group, Inc., FSC Securities Corporation, SunAmerica Asset Management Corp., SunAmerica Capital Services, Inc., SunAmerica Fund Services, Inc., and Wharton Business Group (collectively referred to as the "FSC/SunAmerica Defendants"), by and through undersigned counsel, respectfully submit this Motion for Partial Summary Judgment (the "Motion"). As set forth in the accompanying Memorandum of Law, the Motion should be granted because the FSC/SunAmerica Defendants have taken sufficient remedial steps to moot Plaintiffs' claims in Counts III and XI, as well as those portions of Counts V and VI that purport to seek recovery of fees paid to the FSC/SunAmerica Defendants in violation of fiduciary duties imposed by the Employee Retirement Income Security Act of 1974, as amended, 29 U.S.C. §§ 1001, *et seq.* ("ERISA"). Accordingly, the FSC/SunAmerica Defendants respectfully request that the Court grant summary judgment on those counts.

LEGAL02/32672468v1

Respectfully submitted this 2nd day of November, 2011.

**ALSTON & BIRD LLP**

/s/ Craig Carpenito
Craig Carpenito (CC-1686)
ALSTON & BIRD LLP
90 Park Avenue
New York, NY 10016
Phone: (212) 210-9400
Fax: (212) 210-9444
Email: craig.carpenito@alston.com

Theodore J. Sawicki, Esq. (*pro hac vice*)
H. Douglas Hinson, Esq. (*pro hac vice*)
ALSTON & BIRD LLP
1201 West Peachtree St.
Atlanta, GA 30309
Phone: (404) 881-7000
Fax: (404) 881-7777
Email: tod.sawicki@alston.com
Email: doug.hinson@alston.com

**Counsel for the FSC/SunAmerica Defendants**