IN THE UNITED STATES DISTRICT COURT FOR THE
DISTRICT OF NEW JERSEY

| | |
|---|---|
| BORIS GOLDENBERG, ET AL., | ) |
| | ) |
| PLAINTIFFS, | ) HONORABLE JEROME B. SIMANDLE |
| | ) |
| VS. | ) CASE NO. 1:09-cv-05202-JBS-AMD |
| | ) |
| INDEL, INC., INDIVIDUALLY AND A/K/A INDUCTOTHERM INDUSTRIES, INC. AND INDUCTOTHERM CORPORATION, ET AL., | ) |
| | ) |
| DEFENDANTS. | ) |

**[PROPOSED] ORDER**

UPON CONSIDERATION OF the FSC/SunAmerica Defendants' Motion for Partial Summary Judgment, Plaintiffs' Opposition, any Reply thereto, and the entire record in this case, it is this ___ day of _____, 2011, hereby:

**ORDERED** that the FSC/SunAmerica Defendants' Motion for Partial Summary Judgment shall be and hereby is **GRANTED**.

_____
The Honorable Jerome B. Simandle
United States District Court for the District of New Jersey