SZAFERMAN, LAKIND,
 BLUMSTEIN & BLADER, P.C.
101 GROVERS MILL ROAD, SUITE 200
LAWRENCEVILLE, NEW JERSEY 08648
Telephone: (609) 275-0400
Fax: (609) 275-4511

LEVY, PHILLIPS & KONIGSBERG, LLP
101 GROVERS MILL ROAD, SUITE 200
LAWRENCEVILLE, NEW JERSEY 08648
Telephone: (212) 605-6200
Fax: (212) 605-6290

Attorneys For Plaintiffs

## UNITED STATES DISTRICT COURT
## DISTRICT OF NEW JERSEY

| | |
|---|---|
| BORIS GOLDENBERG, REINALDO PACHECHO, ANDREW LEOW and GERALD COMEAU, as representative of a class of similarly situated persons and on behalf of THE INDUCTOTHERM COMPANIES MASTER PROFITS SHARING PLAN #001,<br><br>Plaintiffs,<br><br>vs.<br><br>INDEL, INC., individually and a/k/a INDUCTOTHERM INDUSTRIES, INC. and INDUCTOTHERM CORPORATION, et al.,<br><br>Defendants. | Civil No. 1:09-cv-5202-JBS-AMD<br><br><br><br>**NOTICE OF CROSS-MOTION FOR SUMMARY JUDGMENT** |

PLEASE TAKE NOTICE that on January 3, 2011, or as soon thereafter as

the matter may be heard, the undersigned attorney for Plaintiffs, Boris

Goldenberg, Reinaldo Pachecho, Andrew Leow and Gerald Comeau, as

representatives of a class of similarly situated persons and on behalf of the

Inductotherm Companies Master Profits Sharing Plan #001, will apply to the

United States District Court, District of New Jersey, at the United States Court

House located at 4th & Cooper Streets, Room 1050, Camden, NJ 08101, for an

Order granting Summary Judgment on Counts III, VI, and XI of Plaintiffs' First

Amended Complaint.

PLEASE TAKE FURTHER NOTICE that the undersigned shall rely upon

the accompanying Declaration of Robert L. Lakind and Plaintiffs' brief in support

of this motion.

<div style="margin-left: 40%;">

SZAFERMAN, LAKIND,
 BLUMSTEIN & BLADER, P.C.
Attorneys for Plaintiffs


s/R.Lakind

_____
Robert L. Lakind, Esq.

</div>

Dated: December 5, 2011