SZAFERMAN, LAKIND,
 BLUMSTEIN & BLADER, P.C.
101 GROVERS MILL ROAD, SUITE 200
LAWRENCEVILLE, NEW JERSEY 08648
Telephone: (609) 275-0400
Fax: (609) 275-4511

LEVY, PHILLIPS & KONIGSBERG, LLP
101 GROVERS MILL ROAD, SUITE 200
LAWRENCEVILLE, NEW JERSEY 08648
Telephone: (212) 605-6200
Fax: (212) 605-6290

Attorneys For Plaintiffs

## UNITED STATES DISTRICT COURT
## DISTRICT OF NEW JERSEY

| | |
|---|---|
| BORIS GOLDENBERG, REINALDO PACHECHO, ANDREW LEOW and GERALD COMEAU, as representative of a class of similarly situated persons and on behalf of THE INDUCTOTHERM COMPANIES MASTER PROFITS SHARING PLAN #001,<br><br>      Plaintiffs,<br>vs.<br><br>INDEL, INC., individually and a/k/a INDUCTOTHERM INDUSTRIES, INC. and INDUCTOTHERM CORPORATION, et al.,<br><br>      Defendants. | Civil No. 1:09-cv-5202-JBS-AMD<br><br><br><br><br><br>**ORDER** |

This matter having come before the Court on the application of Plaintiffs,

Boris Goldenberg, Reinaldo Pachecho, Andrew Leow and Gerald Comeau, as representatives of a class of similarly situated persons and on behalf of the Inductotherm Companies Master Profits Sharing Plan #001 (Robert L. Lakind, Esq., appearing), for an Order granting Summary Judgment on Counts III, VI and XI of Plaintiffs' First Amended Complaint, and the Court having read the papers and heard the arguments of the parties, and for good cause shown,

It is on the _____ day of _____, 2011,

ORDERED that Plaintiffs' Motion for Summary Judgment on Counts III, VI and XI of Plaintiffs' First Amended Complaint is GRANTED.

IT IS FURTHER ORDERED that this Order shall be served on all parties within 7 days of the date of this Order.

_____
The Honorable Jerome B. Simandle, U.S.D.J.