```
          IN THE UNITED STATES DISTRICT COURT
             FOR THE DISTRICT OF NEW JERSEY
                      CAMDEN VICINAGE
```

| | |
|---|---|
| BORIS GOLDENBERG, et al.,<br><br>             Plaintiffs,<br><br>   v.<br><br>INDEL, INC., et al.,<br><br>            Defendants. | Civil No. 09-5202 (JBS/AMD) |

## AMENDED SCHEDULING ORDER

This Scheduling Order amends the Court's Scheduling Order of December 2, 2011 as follows:

IT IS this **6th** day of **December 2011**, hereby **ORDERED**:

1. The Court will conduct a telephone conference on **December 22, 2011 at 10:00 A.M.**. Counsel for plaintiffs shall initiate the telephone call.

2. All expert reports and expert disclosures on merit issues on behalf of plaintiffs shall be served upon counsel for defendants not later than **December 15, 2011**. All expert reports and expert disclosures on merit issues on behalf of defendants shall be served upon counsel for plaintiffs not later than **January 31, 2012**. Each such report should be accompanied by the curriculum vitae of the proposed expert witness. No expert opinion testimony shall be admitted at trial with respect to any witness for whom this procedure has not been timely followed. Depositions of proposed expert witnesses shall be concluded by **February 29, 2012**.

The parties shall also exchange, in accordance with the foregoing schedule, written statements identifying all opinion testimony counsel and the parties anticipate will be presented at trial pursuant to F. R. EVID. 701 and Teen-Ed v. Kimball International, Inc., 620 F.2d 399 (3d Cir. 1980).

3. Any motion for class certification shall be filed with the Clerk of the Court no later than **January 31, 2012**.

4. **Dispositive Motions**. Dispositive motions shall be filed with the Clerk of the Court no later than **March 30, 2012**. Opposition to the motion should be served in a timely fashion. Counsel are to follow L. CIV. R. 7.1, 7.2, 56.1 and 78.1 (Motion Practice - Generally).

       5.  Any application for an extension of time beyond the deadlines set herein shall be made in writing to the undersigned and served upon all counsel prior to expiration of the period sought to be extended, and shall disclose in the application all such extensions previously obtained, the precise reasons necessitating the application showing good cause under FED. R. CIV. P. 16(b), and whether adversary counsel agree with the application. The schedule set herein will not be extended unless good cause is shown.

       **THE FAILURE OF A PARTY OR ATTORNEY TO OBEY THIS ORDER MAY RESULT IN THE IMPOSITION OF SANCTIONS UNDER FED. R. CIV. P. 16(f).**

                                  s/ Ann Marie Donio  
                                  ANN MARIE DONIO  
                                  United States Magistrate Judge

cc:  Hon. Jerome B. Simandle