IN THE UNITED STATES DISTRICT COURT FOR THE
DISTRICT OF NEW JERSEY

| | |
|---|---|
| BORIS GOLDENBERG, ET AL., | ) |
| | ) |
| PLAINTIFFS, | ) HONORABLE JEROME B. SIMANDLE |
| | ) |
| VS. | ) CASE NO. 1:09-cv-05202-JBS-AMD |
| | ) |
| INDEL, INC., INDIVIDUALLY AND A/K/A | ) |
| INDUCTOTHERM INDUSTRIES, INC. AND | ) |
| INDUCTOTHERM CORPORATION, ET AL., | ) |
| | ) |
| DEFENDANTS. | ) |

## STIPULATION AND ORDER ON CLASS CERTIFICATION BRIEFING SCHEDULE

Plaintiffs and Defendants (hereinafter, the "Parties"), by and through undersigned counsel, hereby stipulate as follows:

1. On February 24, 2012, Plaintiffs filed their Motion for Class Certification (Docket # 160) and supporting brief and materials (the "Motion for Class Certification").

2. Given the nature of the Motion for Class Certification and the issues raised therein, the Parties agree to the following schedule:

    a. On or before March 30, 2012, the Inductotherm Defendants and the FSC/SunAmerica Defendants shall file and serve: (i) their respective briefs and supporting materials in opposition to the Motion for Class Certification; (ii) their respective summary judgment motions, including supporting briefs and materials, on certain claims that are the subject of the Motion for Class Certification, as part of their class certification opposition; (iii) their respective *Daubert* motions,

including supporting briefs and materials, to strike opinions of Plaintiffs' expert, Steve Pomerantz, Ph.D., addressed to class certification issues.

b. On or before April 13, 2012, Plaintiffs shall file and serve their *Daubert* motion, including supporting brief and materials, to strike opinions of Defendants' expert, Lucy Allen.

c. On or before May 15, 2012, Defendants shall file their brief and supporting materials in opposition to Plaintiffs' *Daubert* motion.

d. On or before May 31, 2012, Plaintiffs shall file and serve: (i) their reply briefs in further support of their Motion for Class Certification; (ii) their reply brief in further support of their *Daubert* motion; and (iii) their briefs and supporting materials in opposition to the motions Defendants file on March 30, 2012.

e. On or before June 30, 2012, the Inductotherm Defendants and the FSC/SunAmerica Defendants shall file and serve their respective reply briefs in further support of the summary judgment motions and *Daubert* motions they file pursuant to subparagraph (a) above.

3. The deadlines for the parties' identification of merits experts, merits expert reports and merits expert discovery, and the final deadline for dispositive motions shall be postponed until a time to be set by the Court, based upon a stipulation to be submitted by the parties 15 days after the Court's decision on the Motion for Class Certification.

Respectfully submitted this 2nd day of March, 2012.

/s/ Robert L. Lakind
Robert L. Lakind
Arnold C. Lakind
SZAFERMAN, LAKIND,
 BLUMSTEIN & BLADER, P.C.
101 Grovers Mill Rd., Suite 200

/s/ Craig Carpenito
Craig Carpenito (CC-1686)
ALSTON & BIRD LLP
90 Park Avenue
New York, NY 10016
Phone: (212) 210-9400

- 3 -

Lawrencville, New Jersey  08648
Telephone:  (609) 275-0400
Fax: (609) 275-4511
Email: alakind@szaferman.com
Email: rlakind@szaferman.com

Moshe Maimon
Theresa A. Vitello
LEVY PHILLIPS & KONIGSBERG, LLP
101 Grovers Mill Rd. Ste. 200
Lawrencville, N.J.  08648
Tel. (212) 605-6200
Fax. (212) 605-6290
Email: mmaimon@lpklaw.com
Email: tvitello@lpklaw.com

*Attorneys for Plaintiffs*

Fax: (212) 210-9444
Email: craig.carpenito@alston.com

Theodore J. Sawicki (*pro hac vice*)
H. Douglas Hinson (*pro hac vice*)
ALSTON & BIRD LLP
1201 West Peachtree Street
Atlanta, GA  30309
Phone: (404) 881-7000
Fax: (404) 881-7777
Email: tod.sawicki@alston.com
Email: doug.hinson@alston.com

*Counsel for the FSC/SunAmerica Defendants*

/s/ Vincent E. Gentile
Vincent E. Gentile
Matthew Steven Barndt
DRINKER BIDDLE & REATH LLP
105 College Road East, Suite 300
Princeton, NJ  08542
Phone:  (609) 716-6634
Fax:  (609) 799-7000
Email:  vincent.gentile@dbr.com
Email:  matthew.barndt@dbr.com

*Counsel for the Inductotherm Defendants*

## ORDER APPROVING STIPULATION

The parties having stipulated as stated above,

IT IS HEREBY ORDERED that the foregoing Stipulation is APPROVED IN ITS ENTIRETY.

Dated: March  12 , 2012.

_____
HON. JEROME B. SIMANDLE
United States District Judge

- 3 -