**DRINKER BIDDLE & REATH LLP**
A Delaware Limited Liability Partnership
105 College Road East, Suite 300
Princeton, New Jersey  08542-0627
Tel.:  (609) 716-6500
Fax:  (609) 799-7000

Attorneys for Defendants Indel, Inc.,
Inductotherm Industries, Inc., Inductotherm
Corporation, Henry M. Rowan, John H. Mortimer,
David L. Braddock, Thomas P. McShane,
Manning J. Smith, Lawrence A. Krupnick,
Harry G. Trefz, Gary A. Doyon, Frank D. Manley,
Virginia Smith, Joseph T. Belsh, Satyen N. Prahbu,
and Bernard Raffner

## UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF NEW JERSEY

|  |  |
|---|---|
| BORIS GOLDENBERG, et al., | Civil Action No. 1:09-cv-05202-JBS-AMD |
| Plaintiffs, |  |
| v. | CIVIL ACTION |
| INDEL, INC., individually and a/k/a INDUCTOTHERM INDUSTRIES, INC. and INDUCTOTHERM CORPORATION, et al., | **INDUCTOTHERM DEFENDANTS' NOTICE OF CROSS-MOTION FOR PARTIAL SUMMARY JUDGMENT AND DISMISSAL OF COUNT I AND COUNT XXVI** |
| Defendants. |  |

TO:   Arnold C. Lakind, Esq.
       Szaferman, Lakind, Blumstein & Blader, P.C.
       101 Grovers Mill Road, Suite 200
       Lawrenceville, New Jersey 08648

Moshe S. Maimon, Esq.
Levy, Phillips & Konigsberg, LLP
800 Third Ave., 13th Floor
New York, New York 10022

PLEASE TAKE NOTICE that, pursuant to the Stipulation and Order on Class Certification Briefing Schedule (Docket No. 166), Defendants Indel, Inc., Inductotherm Industries, Inc., Inductotherm Corporation, Henry M. Rowan, John H. Mortimer, David L. Braddock, Thomas P. McShane, Manning J. Smith, Lawrence A. Krupnick, Harry G. Trefz, Gary A. Doyon, Frank D. Manley, Virginia Smith, Joseph T. Belsh, Satyen N. Prahbu, and Bernard Raffner (collectively the "Inductotherm Defendants"), by and through their counsel Drinker Biddle & Reath LLP, hereby move before the Honorable Jerome B. Simandle, United States District Court for the District of New Jersey, Mitchell H. Cohen U.S. Courthouse, 1 John F. Gerry Plaza, Camden, NJ 08101, for an Order, pursuant to Federal Rule of Civil Procedure 56 and Local Civil Rule 56.1, granting the Inductotherm Defendants' cross-motion for partial summary judgment and dismissal of Count I and Count XXVI.

PLEASE TAKE FURTHER NOTICE that in support of their motion, the Inductotherm Defendants will rely upon the accompanying Memorandum of Law in Support of Cross-Motion for Partial Summary Judgment and Dismissal of Count I and Count XXVI, Local Civil Rule 56.1 Statement of Undisputed Material Facts, Certification of Laurence A. Krupnick with Exhibits A – E, Certification of

- 3 -

Matthew S. Barndt, Esq. with Exhibits A – WW.  A proposed form of Order and Certification of Service also accompany this motion.

PLEASE TAKE FURTHER NOTICE that oral argument is requested.

Dated: March 30, 2012                                    By: *s/ Vincent E. Gentile*
                                                                        Vincent E. Gentile