IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEW JERSEY

| | |
|---|---|
| BORIS GOLDENBERG, et al., | HON. JEROME B. SIMANDLE |
| Plaintiffs, | Civil No. 09-5202 (JBS/AMD) |
| v. | |
| INDEL, INC., et al., | **ORDER** |
| Defendants. | |

This matter having come before the Court upon the motion of the FSC/SunAmerica Defendants for partial summary judgment [Docket Item 119] and the cross motion of Plaintiffs for partial summary judgment [Docket Item 133]; the Court having considered the submissions of the parties in support thereof and opposition thereto; for the reasons stated in the Opinion of today's date; and for good cause shown;

IT IS this   **27th**   day of **June, 2012** hereby

ORDERED that the motion [Docket Item 119] of the FSC/SunAmerica Defendants for partial summary judgment against Counts III, XI, and those portions of Counts V and VI that seek recovery of management fees as moot is **GRANTED**; the Counts will be dismissed as moot; and it is further

ORDERED that Plaintiffs' motion for partial summary judgment [Docket Item 133] is **DENIED AS MOOT**.

 **s/ Jerome B. Simandle**  
JEROME B. SIMANDLE
Chief U.S. District Judge