UNITED STATES DISTRICT COURT
DISTRICT OF NEW JERSEY

| | |
|---|---|
| BORIS GOLDENBERG, REINALDO PACHECO, and ANDREW LOEW as representatives of a class of similarly situated persons and on behalf of THE INDUCTOTHERM COMPANIES MASTER PROFITS SHARING PLAN #001,<br><br>               Plaintiffs,<br><br>vs.<br><br>INDEL, INC., individually and a/k/a INDUCTOTHERM INDUSTRIES, INC. and INDUCTOTHERM CORPORATION; et al.,<br><br>               Defendants. | Civil No.<br>1:09-cv-5202-JBS-AMD<br><br><br><br>**ORDER SUSPENDING PRIOR SCHEDULING ORDERS** |

      WHEREAS, the parties having reported to the Court that they have reached a settlement of this matter;

      WHEREAS, because this matter has been certified as a class action, any settlement is subject to Court approval;

      WHEREAS, the parties having informed the Court that it will take approximately six months to finalize the settlement agreement, file a motion for preliminary approval of the settlement, serve notice on class members, and file a

motion for final approval of the settlement;

IT IS on this 16th day of April 2013,

ORDERED that all scheduling orders entered in this matter be and hereby are suspended;

ORDERED that, if the parties are unable to resolve any differences with regard to the final terms of the settlement they shall, within ten (10) days of reaching an impasse, provide telephone notice to the Court;

ORDERED that the motion for preliminary approval of this class action settlement shall be filed by May 16, 2013 before the undersigned.

JBS 4-16-13

*Jerome B. Simandle*
~~Hon. Ann Marie Donio, U.S.M.J.~~
Jerome B. Simandle, Chief USDJ

712007.2