SZAFERMAN, LAKIND,
  BLUMSTEIN & BLADER, P.C.
101 GROVERS MILL ROAD, SUITE 200
LAWRENCEVILLE, NEW JERSEY 08648
BY: Robert L. Lakind, Esquire
Telephone: (609) 275-0400
Fax: (609) 275-4511

LEVY, PHILLIPS & KONIGSBERG, LLP
101 GROVERS MILL ROAD, SUITE 200
LAWRENCEVILLE, NEW JERSEY 08648
BY: Moshe Maimon, Esquire
Telephone: (212) 605-6200
Fax: (212) 605-6290

Attorneys For Plaintiffs

**UNITED STATES DISTRICT COURT**
**DISTRICT OF NEW JERSEY**

| | |
|---|---|
| BORIS GOLDENBERG, et al.,<br><br>     Plaintiffs,<br><br>vs.<br><br>INDEL, INC., individually and a/k/a INDUCTOTHERM INDUSTRIES, INC. and INDUCTOTHERM CORPORATION, et al.,<br><br>     Defendants. | **Docket No. 1:09-cv-05202-JBS-AMD**<br><br><br>**Civil Action**<br><br><br>**NOTICE OF MOTION FOR PRELIMINARY APPROVAL OF (1) CLASS SETTLEMENT; (2) REIMBURSEMENT OF EXPENSES; (3) A CONTRIBUTION AWARD TO THE REPRESENTATIVE PLAINTIFFS; AND (4) ATTORNEYS' FEES**<br><br>**Returnable: June 17, 2013** |

To: Clerk, United States District Court for
   the District of New Jersey
   Mitchell H. Cohen Building &
     U.S. Courthouse
   4th & Cooper Streets Room 1050
   Camden, NJ 08101

   Craig Carpenito
   Alston & Bird, LLP
   90 Park Avenue
   New York, NY 10016

Matthew S. Barndt, Esq.
Vincent E. Gentile, Esq.
Drinker Biddle & Reath, LLP
105 College Road East,
Suite 300
Princeton, NJ 08542-0627

Theodore J. Sawicki, Esq.
Alston & Bird, LLP
One Atlantic Center
1201 West Peachtree Street, Suite 4200
Atlanta, GA 30309-3424

737481.1

PLEASE TAKE NOTICE that on Monday, June 17, 2013 or on such date that the Court shall determine, the undersigned attorney for Plaintiffs will apply to the United States District Court, District of New Jersey, at the United States Court House located at 4ᵗʰ & Cooper Streets, Room 1050, Camden, NJ 08101, for an Order for preliminary approval of (1) class settlement; (2) reimbursement of expenses; (3)  a contribution award to the representative plaintiffs;  and (4) attorneys' fees .

PLEASE TAKE FURTHER NOTICE that the undersigned shall rely upon the accompanying Brief, Declaration of Arnold C. Lakind, and a proposed form of Order submitted in support of this Motion.

SZAFERMAN, LAKIND,
 BLUMSTEIN & BLADER, P.C.
Attorneys for Plaintiffs

s/ A. Lakind
Arnold C. Lakind, Esq.

Dated: May 16, 2013

737481.1

## CERTIFICATE OF SERVICE

This is to certify that this motion, a supporting brief, the declaration of Arnold C. Lakind and a proposed form of order for preliminary approval were filed with the Clerk of the Court using the ECF system, which will automatically provide notice to the following attorneys of record by electronic means:

Theodore Sawicki
H. Doug Hinson
ALSTON & BIRD
One Atlantic Center
1201 West Peachtree Street
Atlanta, GA 30309

Craig Carpenito
ALSTON & BIRD
90 Park Avenue
New York, NY 10016

Vincent Gentile
Matthew Barndt
DRINKER BIDDLE & REATH, LLP
105 College Road East, Suite 300
Princeton, NJ 08542

This 16th day of May 20123

SZAFERMAN, LAKIND,
  BLUMSTEIN & BLADER, P.C.
Attorneys for Plaintiffs

s/ A. Lakind
Arnold C. Lakind

3

737481.1