SZAFERMAN, LAKIND,
  BLUMSTEIN & BLADER, P.C.
101 GROVERS MILL ROAD, SUITE 200
LAWRENCEVILLE, NEW JERSEY 08648
BY: Robert L. Lakind, Esquire
Telephone: (609) 275-0400
Fax: (609) 275-4511

LEVY, PHILLIPS & KONIGSBERG, LLP
101 GROVERS MILL ROAD, SUITE 200
LAWRENCEVILLE, NEW JERSEY 08648
BY: Moshe Maimon, Esquire
Telephone: (212) 605-6200
Fax: (212) 605-6290

Attorneys For Plaintiffs

UNITED STATES DISTRICT COURT
DISTRICT OF NEW JERSEY

| | |
|---|---|
| BORIS GOLDENBERG, et al., <br><br> Plaintiffs, <br><br> vs. <br><br> INDEL, INC., individually and a/k/a INDUCTOTHERM INDUSTRIES, INC. and INDUCTOTHERM CORPORATION, et al., <br><br> Defendants. | Docket No. 1:09-cv-05202-JBS-AMD <br><br> Civil Action <br><br> NOTICE OF MOTION FOR FINAL APPROVAL OF <br> (1) CLASS ACTION SETTLEMENT; <br> (2) PAYMENT OF ATTORNEYS' FEES; <br> (3) REIMBURSEMENT OF EXPENSES; <br> (4) PAYMENT OF AN INCENTIVE AWARD TO THE REPRESENTATIVE PLAINTIFFS <br><br> Returnable: September 25, 2013 |

To:  Clerk, United States District Court for
     the District of New Jersey
     Mitchell H. Cohen Building &
        U.S. Courthouse
     4th & Cooper Streets Room 1050
     Camden, NJ 08101

     Craig Carpenito
     Alston & Bird, LLP
     90 Park Avenue
     New York, NY 10016

Vincent E. Gentile, Esq.
Drinker Biddle & Reath, LLP
105 College Road East,
Suite 300
Princeton, NJ 08542-0627

Theodore J. Sawicki, Esq.
Alston & Bird, LLP
One Atlantic Center
1201 West Peachtree Street, Suite 4200
Atlanta, GA 30309-3424

792853.1

PLEASE TAKE NOTICE that at 10:00 A.M. on Wednesday, September 25, 2013 or on such date that the Court shall determine, the undersigned attorney for Plaintiffs will apply to the United States District Court, District of New Jersey, at the United States Court House located at 4th & Cooper Streets, Room 1050, Camden, NJ 08101, for an Order for final (1) approval of class settlement; (2) approval of attorneys' fees; (3) reimbursement of expenses; and (4) payment of an incentive award to the representative plaintiffs.

PLEASE TAKE FURTHER NOTICE that the undersigned shall rely upon the accompanying Brief, Declarations of Robert L. Lakind, Steven Pomerantz, Ph. D., Reinaldo Pachecho and Thomas McShane. A proposed form of Order accompanies this Motion.

SZAFERMAN, LAKIND,
 BLUMSTEIN & BLADER, P.C.
Attorneys for Plaintiffs

s/ A. Lakind
Arnold C. Lakind, Esq.

Dated: August 29, 2013